FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2016 AUG -3 PM 2: 01

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA          :          CASE NO. 2:16-cr-85-FtM-99MRM
                                  :
                                  :          18 U.S.C. § 2252(a)(4)(B)
                                  :          18 U.S.C. § 2252(b)(2)
v.                                :          18 U.S.C. § 2252(a)(2)
                                  :          18 U.S.C. § 2252(b)(1)
                                  :          18 U.S.C. § 2251(a)
                                  :          18 U.S.C. § 2251(e)
JOSEPH ANDREW SPRADLIN            :

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From a date unknown but by at least on or about November 27, 2015, through

on or about April 28, 2016, in Lee County, Florida, in the Middle District of Florida,

the defendant,

**JOSEPH ANDREW SPRADLIN,**

did knowingly possess one or more matter(s) which contain a visual depiction that

had been produced using materials which had been mailed, shipped, and

transported, in interstate and foreign commerce, by any means including by

computer, where the production of such visual depiction involved the use of a minor

engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and

2252(b)(2).

## COUNT TWO

From a date unknown but by at least on or about November 27, 2015, through on or about April 28, 2016, in Lee County, Florida, in the Middle District of Florida, the defendant,

**JOSEPH ANDREW SPRADLIN,**

did knowingly distribute, and attempt to distribute, a visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE

Between on or about August 23, 2015 and on or about January 17, 2016, in Lee County, in the Middle District of Florida, the defendant,

**JOSEPH ANDREW SPRADLIN,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE

1.      The allegations contained in Counts One through Three, of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provision of Title 18, United States Code, Section 2253.

2.      The defendant, Joseph Andrew Spradlin, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

The assets to be forfeited specifically include, but are not limited to, the following:

      a.      Sandisk Cruzer 16 GB thumb drive;

      b.      Lexar 64 GB thumb drive;

      c.      Adata 16 GB thumb drive;

      d.      PNY 64 GB thumb drive;

      e.      Apple iPhone, serial number DNPMTG33FF9Y;

      f.      Toshiba Hard Drive TOSHIBA, serial number 2322PDQLTTV2;

      g.      Toshiba Hard Drive TOSHIBA, serial number Z37AT40BTYP3;

      h.      Toshiba Hard Drive TOSHIBA, serial number 83DAPMUFTTV2;

      i.        Toshiba Hard Drive TOSHIBA, serial number Z2KZTCLYTTV2; and

      j.        Asus Computer Tower ASUS, Red/Blk, serial number CAPDCG0006PT.

3.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

Dated: August 3, 2016        A TRUE BILL,

                                      Foreperson

A. LEE BENTLEY, III
United States Attorney

By:        Charles D. Schmitz
           Assistant United States Attorney
           Trial Counsel

By:        Jesus M. Casas
           Assistant United States Attorney
           Chief, Fort Myers Division

4

FORM OBD-34
APR 1991

No. 2:16-cr-

UNITED STATES DISTRICT COURT

Middle District of Florida

Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH ANDREW SPRADLIN

INDICTMENT

Violation:

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2);
18 U.S.C. §§ 2252(a)(2)and (b)(1); and
18 U.S.C. §§ 2251(a) and (e)

A true bill,

_Foreperson_

Filed in open court this 3rd day
of August, 2016.

_____
Clerk

Bail $_____

GPO 863 525