UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.

JOSEPH SPRADLIN

CASE NO: 2:16-CR-85-FTM-29MRM

| JUDGE: | Mac R. McCoy | COUNSEL FOR GOVERNMENT | Chas Schmitz |
|---|---|---|---|
| DEPUTY CLERK: | Bette-Jo Herren | COUNSEL FOR DEFENDANT: | Brian Edwards |
| DIGITAL RECORDING | | INTERPRETER | |
| DATE: 12/9/16 | **Start:** 10:30 pm | Stop: 11:15 pm | **Total Bench Time** 45 minutes |

**Proceedings**:
Change of Plea to counts One and Three of the Indictment
Court will recommend the plea be accepted. PSI will be conducted
Defendant remanded pending sentencing