UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 2:16-cr-85-FtM-38RM

JOSEPH ANDREW SPRADLIN
_____

### PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One and Three of the Indictment, which charged him with possession of material involving sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(4)(B) and sexual exploitation of children producing child pornography, in violation of 18 U.S.C. § 2251(a).

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following property:

    a.    A Sandisk Cruzer 16 GB thumb drive;

    b.    A Lexar 64 GB thumb drive;

    c.    An Adata 16 GB thumb drive;

    d.    A PNY 64 GB thumb drive; and

    e.    An Apple iPhone 5s assigned wireless number 786-203-8437, International Mobile Subscriber Identity/Electronic Serial Number 310120107946655.

The United States has established the required connection between the crimes of conviction and the assets described above. Because the United States is entitled to forfeit the property, the motion is **GRANTED**. Pursuant to 18 U.S.C.

§ 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 22 at 7), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, 4th day of January, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record