UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 2:16-cr-85-FtM-38MRM

JOSEPH ANDREW SPRADLIN
_____

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for the following assets:

   a. A Sandisk Cruzer 16 GB thumb drive;

   b. A Lexar 64 GB thumb drive;

   c. An Adata 16 GB thumb drive;

   d. A PNY 64 GB thumb drive; and

   e. An Apple iPhone 5s assigned wireless number 786-203-8437, International Mobile Subscriber Identity/Electronic Serial Number 310120107946655.

On January 4, 2017, the Court entered a Preliminary Order of Forfeiture for the computer equipment described above, pursuant to 18 U.S.C. § 2253.  Doc. 32.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from January 6, 2017 through February 4, 2017.  Doc. 33.  The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Clerk of Court,

U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party has filed a petition or claimed an interest in the computer equipment, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the computer equipment identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida, this 7th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Counsel of Record