UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:16-cr-85-FtM-38CM

JOSEPH ANDREW SPRADLIN

| | | | |
|---|---|---|---|
| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Charles Schmitz |
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | Brian Edwards |
| **Court Reporter** | Lori Bundy | **Pretrial/Probation** | Janet Zuk |
| **Date/Time** | March 20, 2017 at 2:30 PM | **Interpreter** | None |

## Sentencing Minutes

Start Time: 2:30 PM Court convenes. Charles Schmitz, AUSA, appeared on behalf of the Government. Brian Edwards, Esq., appeared on behalf of the Defendant. Defendant is present. The court makes inquiry regarding the presentence report with defense counsel and the defendant. The Government does not object to the factual accuracy of the presentence report and does not object to the probation officer's application of the guidelines. Defense counsel has some objections to argue before the court.

Defense counsel makes an objection to paragraph 45 and 43 and makes those arguments before the court. The Government provides a rebuttal argument.

The Court overrules the objection relating to paragraph 45 for the reasons outlined on the record.

Defense counsel makes an argument against paragraph 43 knowingly distribute illegal content and objects to the 2 point enhancement.

The Government argues in support of the 2 point enhancement.

The court overrules the objection and applies the 2 point enhancement for the reasons outlined on the record.

Defense counsel withdraws the objection that a 5 level increase is not applicable based upon a pattern of activity. The Government makes an argument for the increase. The Court finds that by a preponderance of the evidence that the Government could show that there was at least 2 occasions that these incidents happens and based upon the child protection team interviews could find that there were more than 2 occasions.

Defense counsel has no further objections to the presentence report.

Defense counsel calls Janine James. Witness sworn.

Defense counsel calls Brandon Spradlin. Witness sworn.

Defense counsel calls Jean Spradlin. Witness sworn.

Defense counsel calls Joseph Spradlin Sr. Witness sworn.

Defense counsel reads into the record statements from defendant's sister.

Defense counsel reads into the record a statement written from defendant's daughter.

The defendant makes a statement on his behalf.

Defense counsel makes argument for a downward variance.

The Government makes argument for the imposition of a guideline sentence. The Government reads victim letter into the record requesting the maximum sentence.

For the reasons stated on the record, the Court imposes the sentence as follows:

**IMPRISONMENT:**

The Defendant is hereby sentenced to a term of **360 months total. Count 1, 120 months to be served concurrent with Count 3 and with anticipated incarceration in Lee County Circuit Court 16CF15980 and Count 3, 360 months to be served concurrent with Count 1 and with anticipated incarceration in Lee County Circuit Court 16CF15980.**

**SUPERVISED RELEASE:**

The Defendant is sentenced to a term of **LIFE**.

*Special conditions of supervised release:*

The Defendant shall cooperate in the collection of DNA.

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive..

The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes.

The defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by your probation officer.

The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation office.

The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider.

The defendant shall submit to a search of his person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.

The mandatory drug testing requirements of the Violent Crime Control Act are imposed.

**SPECIAL ASSESSMENT** of $200.00 due immediately.

**RESTITUTION**: To be determined in a hearing on June 19, 2017 at 9:30 AM. The Defendant has not waived his presence at the hearing at this time.

The Government moves for the dismissal of Count 2. As such, Count 2 is dismissed.

Defense counsel maintains objections to the court's ruling on the downward variance.

Court advises the defendant of his rights to appeal. The Court will recommend the defendant is housed close to home (South Florida).

Defendant is remanded to the custody of the US Marshals.

End Time: 4:09 PM